IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

TIMOTHY ANDREW PRISKA,        )
                              )
            Petitioner,       )
                              )     1:22-cv-729
    v.                        )     1:19-cr-42-1
                              )
UNITED STATES OF AMERICA,     )
                              )
            Respondent.       )

## ORDER

On September 13, 2022, the United States Magistrate Judge's Order and Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 31, 32.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a <u>de novo</u> review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS TEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 31), is **ADOPTED. IT IS FURTHER ORDERED** that Petitioner's filing treated as a Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (Doc. 30) is **DENIED,** and that this action is hereby, **DIMISSED WITHOUT PREJUDICE** to Petitioner promptly filing a corrected motion on the proper § 2255 forms. The court further finds there is no substantial showing of the denial of a constitutional right

affecting the conviction nor a debatable procedure ruling, therefore a certificate of appealability is not issued.

A Judgment dismissing this action will be filed contemporaneously herewith.

This the 6th day of June, 2023.

_____
United States District Judge